No. 95–8047.  BARRAZA v. ARIZONA.  Ct. App. Ariz.  Certiorari denied.

No. 95–8049.  WINDLE v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 95–8054.  LAWHORN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–8055.  KWONG v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–8056.  MARTINEZ-MARTINEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 95–8066.  HORTON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 95–8095.  CAMPBELL v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 95–8097.  DeLEON-RODRIGUEZ v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–8098.  FOX v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 95–8105.  JOHNSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–817.  NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION v. ROBINSON.  C. A. 8th Cir.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 95–1008.  HEWLETT-PACKARD CO. v. DATAGATE, INC.  C. A. 9th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.